No. 83–1660. ATKINS, COMMISSIONER OF THE MASSACHU-SETTS DEPARTMENT OF PUBLIC WELFARE v. PARKER ET AL.; and No. 83–6381. PARKER ET AL. v. BLOCK, SECRETARY OF AGRI-CULTURE, ET AL. C. A. 1st Cir. [Certiorari granted, 467 U. S. 1250.] Motion of the Solicitor General for divided argument granted.

No. 83–1708. DEAN WITTER REYNOLDS INC. v. BYRD. C. A. 9th Cir. [Certiorari granted, 467 U. S. 1240.] Motion of Securities Industry Association, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 82–6935. PAYNE v. VIRGINIA, *ante*, p. 1062; No. 83–850. UNITED STATES v. KARO ET AL., *ante*, p. 705; and No. 83–979. CRONN v. UNITED STATES, *ante*, p. 1217. Petitions for rehearing denied.

No. 81–757. ALLEN v. WRIGHT ET AL.; and No. 81–970. REGAN, SECRETARY OF THE TREASURY, ET AL. v. WRIGHT ET AL., *ante*, p. 737. Petition for rehearing denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 82–1771. UNITED STATES v. LEON ET AL., *ante*, p. 897. Petition of Sanchez and Stewart for rehearing denied.

No. 83–851. SOUTH STREET SEAPORT MUSEUM, AS OWNER OF THE BARK PEKING v. MCCARTHY ET AL., 465 U. S. 1078 and 466 U. S. 994. Motion for leave to file second petition for rehearing denied. JUSTICE MARSHALL took no part in the consideration or decision of this motion.